IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.            Case No. 15-00298-1-CR-W-HFS

BARBARA K. CARNNAHAN

AUSA: Stefan Hughes, Special
Defense Atty.: None

| JUDGE: | **Sarah W. Hays** U. S. Magistrate Judge | DATE/TIME: | **September 17, 2015** 3:00 - 3:15 pm |
|---|---|---|---|
| DEPUTY CLERK | LaTandra Wheeler | TAPE/REPORTER | FTR/LKW |
| INTERPRETER | NONE | PRETRIAL/PROB: | |

## Clerk's Minutes

### INITIAL APPEARANCE INDICTMENT

( x ) Custody Assumed      Date: September 17, 2015      Place: KCMO

Defendant advised:
1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

( x ) Arraignment set for **Tuesday, September 22, 2015 @ 3:30 p.m., before Chief U.S. Magistrate Judge Sarah W. Hays.**

BAIL

( x ) Bail not set; a motion for detention hearing and for continuance of hearing filed by Government
( x ) Motion for pretrial detention hearing granted; defendant temporarily detained pending detention hearing set for **Tuesday, September 22, 2015 @ 3:30 p.m., before Chief U.S. Magistrate Judge Sarah W. Hays.**
( x ) Defendant remanded to the custody of the U.S. Marshal

COUNSEL

( x ) Defendant to retain counsel.